UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **ESTATE OF IRA BROCKMAN, by and through its ADMINISTRATRIX, DENISE BROCKMAN KISER,** *et al.,*<br><br>**Plaintiffs,**<br><br>-vs.-<br><br>**LTI TRUCKING,** *et al.,*<br><br>**Defendants,** | Cause No.: **2:21-CV-60-JTM-JPK**<br>[Senior U.S. District Judge James T. Moody]<br>[Magistrate Judge Joshua P. Kolar]<br><br>**SUPPLEMENTAL JURISDICTIONAL STATEMENT FILED BY PLAINTIFFS** |

**NOW COME** Plaintiffs, the Estate of Ira Brockman, by and through its Administratrix, Denise Brockman Kiser, and Ruth L. Brockman, individually, by and through undersigned counsel, and respectfully submit the following Supplemental Jurisdictional Statement, as required by the Court's Opinion and Order, issued, February 22, 2021 (Doc. # 4). The Plaintiffs' Supplemental Jurisdictional Statement follows, to which this Court's attention is respectfully drawn.

**SUPPLEMENTAL JURISDICTIONAL STATEMENT**

**I. T**HE **R**ESIDENCY, **C**ITIZENSHIP AND **D**OMICILES OF THE **P**LAINTIFFS

The Plaintiffs, the Estate of Ira Brockman, by and through its Administratrix, Denise Brockman Kiser, and Ruth L. Brockman, are each citizens, residents and domiciled in the Commonwealth of Kentucky. At the time of his death Ira Brockman's domicile was 203 Fairview Avenue, in Taylor Mill, Kenton County, Kentucky 41015. At the time the Complaint

was filed, Plaintiff Ruth L. Brockman's domicile was 203 Fairview Avenue, Taylor Mill, Kenton County, Kentucky 41015. Accordingly, each of the Plaintiffs were and are citizens, residents and domiciled in the Commonwealth of Kentucky.

## II. THE RESIDENCY, CITIZENSHIP AND DOMICILES OF THE DEFENDANTS

Defendant, LTI Trucking, located at 1028 Eagle Park Road in Madison, Illinois 62060 is not a separate entity from the Defendant LTI Trucking Services, Inc.; rather, the Illinois address is a location for the Defendant LTI Trucking Services, Inc., which is registered to do business in Illinois. Defendant LTI Trucking Services, Inc. is incorporated in Missouri, and has its principal place of business located at 411 10th Street, Suite 500, in St. Louis, Missouri 63101. Accordingly, Defendant LTI Trucking Services, Inc., a Missouri Corporation, is a resident, citizen and is domiciled in the State of Missouri and was so at the time of the fatal trucking accident.

At the time the Complaint was filed, Defendant Toddrick Fairley was, and remains, a resident, citizen and is domiciled in the State of Mississippi, residing at 299 Twin Creek Road, in Lucedale, Mississippi 39452. Accordingly, Defendant Toddrick Fairley is a resident, citizen and is domiciled in the State of Mississippi both currently and at the time the Complaint was filed.

Defendant The Cincinnati Insurance Company, is incorporated in Ohio, with its principal place of business located at 6200 South Gilmore Road, in Fairfield, Ohio 45014-5141 and was so located at the time of the subject fatal trucking accident as well as when the Complaint was filed. J.A.B.'s Truck-Air Corp., to which Cincinnati Insurance Company issued a policy of insurance, is a Kentucky citizen, incorporated in Kentucky and with its principal place of business in Kentucky.

**III. CONCLUSION**

In conclusion, Plaintiffs submit the above supplemental jurisdictional statement outlining and alleging the citizenship of each party as required by the Court's February 22, 2021 Order.

Respectfully Submitted,

*/s/ Jon P. Clemons*_____
**Jon P. Clemons, Esq. [Ind. Reg No. 27780-15]**
The Law Offices of Blake R. Maislin, LLC
Trial Attorneys for Plaintiffs,
The Estate of Ira Brockman, by and through its
Administratrix, Denise Brockman Kiser and
Ruth L. Brockman, Individually
2260 Francis Lane
Cincinnati, Ohio 45206
Phone: (513) 444-4444 Ext. 105
FAX: (513) 721-5557
E-mail: jclemons@maislinlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Supplemental Jurisdictional Statement Filed by Plaintiffs, was filed electronically on this 4 day of March, 2021, and that notice of this filing will be provided to all counsel of record via the Court's electronic filing system. Further, I hereby certify that a true and accurate copy of the foregoing document was served via ordinary U.S. mal service, postage prepaid, upon the following, on this 4 day of March, 2021:

**LTI TRUCKING**
**1028 EAGLE PARK ROAD**
**MADISON, ILLINOIS 62060**
Please Serve:
SCW Registered Agent, Inc.
515 St. Louis Street, Suite 203
Edwardsville, Illinois 62025

**TODDRICK FAIRLEY**
**299 TWIN CREEK ROAD**
**LUCEDALE, MISSISSIPPI 39452**

**LTI TRUCKING SERVICES, INC.**
**411 NORTH 10th STREET, SUITE 500**
**ST. LOUIS, MISSOURI 63101**
Please Serve:
SCWHRA, Inc.
8909 Ladue Road
St. Louis, Missouri 63124

**THE CINCINNATI INSURANCE COMPANY**
**6200 SOUTH GILMORE ROAD**
**FAIRFIELD, OHIO 45014-5141**
Please Serve:
The Cincinnati Insurance Company
c/o Steven Johnston, Chief Executive Officer
P.O. Box 145496
Cincinnati, Ohio 45250

                                            */s/ Jon P. Clemons*_____
                                            **Jon P. Clemons, Esq. [Ind. Reg No. 27780-15]**
                                            **The Law Offices of Blake R. Maislin, LLC**
                                            **Trial Attorneys for Plaintiffs,**
                                            **The Estate of Ira Brockman, by and through its**
                                            **Administratrix, Denise Brockman Kiser and**
                                            **Ruth L. Brockman, Individual**